X-PATENTS, APC
JONATHAN HANGARTNER, Cal. Bar No. 196268
5670 La Jolla Blvd.
La Jolla, CA 92037
Telephone: 858-454-4313
Facsimile: 858-454-4314
jon@x-patents.com

Attorneys for Plaintiff 100% Speedlab, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 100% SPEEDLAB, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>DO OR DIE, LLC, a<br><br>        Defendant. | Case No. **'15CV2883 JAH BGS**<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff 100% Speedlab, LLC ("100% Speedlab") for its Complaint against Do or Die, LLC avers as follows:

### PARTIES

1. Plaintiff 100% Speedlab is a company organized and existing under the laws of the State of California, having a principal place of business in San Diego, California.

2. On information and belief, Defendant Do or Die, LLC ("Do or Die") is a California limited liability company with its principal place of business at 1495 Poinsettia Avenue, Suite 146, Vista, CA 92081.

1

## JURISDICTION AND VENUE

3. This is a civil action for declaratory relief pursuant to 28 U.S.C. §§2201 – 2202 and related California state law claims.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, 2201-02, and 15 U.S.C. § 1121.

5. This Court has personal jurisdiction over Do or Die because it has its principal place of business in the State of California.

6. Venue is proper pursuant to 28 U.S.C. § 1391.

## BACKGROUND

7. 100% Speedlab has used the common inspirational slogan "you can't teach heart" on certain marketing materials and T-shirt products. This inspirational slogan was not used to identify the source of goods. All of 100% Speedlab's goods are prominently marketed and sold under the source identifying trademark "100%" or "100 Percent."

8. Do or Die has asserted that 100% Speedlab's use of this inspirational slogan is an infringement of its rights in U.S. Reg. No. 3,916,038, for the trademark "YOU CAN'T TEACH HEART," and has repeatedly threatened to sue 100% Speedlab for trademark infringement.

9. Do or Die has further contacted independent third-party distributors of 100% Speedlab's products and falsely alleged that 100% Speedlab is infringing its trademark rights and that Do or Die was involved in "civil court proceedings" with 100% Speedlab regarding its alleged infringement.

10. 100% Speedlab disputes that its use of this inspirational slogan has infringed on any rights of Do or Die. By its use and registration, Do or Die has not appropriated the exclusive right to use the common inspirational slogan "you can't teach heart" in the United States.

11. 100% Speedlab used the phrase "you can't teach heart" on a limited basis, purely as an inspirational slogan and not as a trademark, and there is no likelihood of consumer confusion as a result of such use.

**COUNT I - DECLARATORY JUDGMENT OF NON-INFRINGEMENT**

12. Plaintiff hereby realleges and incorporates paragraphs 1 through 11.

13. An actual, present, and justiciable controversy has arisen between 100% Speedlab and Do or Die with respect to Do or Die's allegations of trademark infringement.

14. 100% Speedlab seeks declaratory judgment that it has not infringed on any trademark of Do or Die, along with any further relief deemed appropriate by this Court.

**COUNT II - UNFAIR COMPETITION**

15. Plaintiff hereby realleges and incorporates paragraphs 1 through 14.

16. On or about December 16, 2015, Do or Die sent a letter to at least one of 100% Speedlab's distributors. In the letter, Do or Die falsely alleged that 100% Speedlab is infringing Do or Die's trademark rights and falsely stated that Do or Die was then involved in "civil court proceedings" regarding the alleged infringement.

17. Such false statements regarding the conduct of 100% Speedlab are likely to result in the public being deceived and have caused damage to 100% Speedlab.

18. Do or Die's actions constitute fraudulent, unlawful, or unfair practices under Cal. Bus. & Prof. Code § 17200.

**PRAYER FOR RELIEF**

WHEREFORE, 100% Speedlab prays that judgment be entered by this Court in its favor and against Do or Die as follows:

A. Declaring that 100% Speedlab's use of the inspirational phrase "you can't teach heart" does not infringe Do or Die's trademark;

B. Entering judgment against Do or Die with respect to 100% Speedlab's claim of unfair competition;

C. Awarding 100% Speedlab damages according to proof;

D. Awarding 100% Speedlab its costs and attorney's fees in this action;

E. Entering such other further relief that the Court determines to be just and proper.

## DEMAND FOR JURY TRIAL

100% Speedlab hereby demands a jury trial as to all issues that are so triable.

Dated: December 22, 2015    X-PATENTS, APC

By:    /s/ Jonathan Hangartner
JONATHAN HANGARTNER

Attorneys for Plaintiff 100% Speedlab, LLC